IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:15CR104 |
| vs. | |
| FELIPE HERNANDEZ MOLINA, | ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION |
| Defendant. | |

The defendant appeared before the court on May 14, 2019 regarding a detention hearing on a Petition for Offender Under Supervision [52]. Michael F. Maloney represented the defendant. Thomas J. Kangior represented the government.

The proposed release plan is that the defendant would be released to a Public Law Placement when a bed becomes available. The government agreed with the proposed release plan. The defendant agreed to a Public Law Placement.

Once a bed is available at the Public Law Placement the defendant shall be released to such placement. The probation officer shall notify the marshals once a bed becomes available.

The defendant remains subject to all previously ordered conditions of his supervised release. Further, the court orders that if the defendant fails to remain in the Public Law Placement, participate in such program, and obey all the rules of such program, the court shall be notified immediately so that a warrant may issue.

**IT IS SO ORDERED**.

Dated this 14th day of May, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge